**AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

### JUDGMENT IN CIVIL CASE

| | |
|---|---|
| **AMERICAN PREMIUM INVESTMENTS, LLC.,** : | |
| : | |
| **Plaintiff,** : | |
| : | Case No. C2-11-CV-167 |
| **v.** : | |
| : | **JUDGE ALGENON L. MARBLEY** |
| **MIDWEST REAL ESTATE CONSULTANTS, LLC.,** *et al.*, : | |
| : | Magistrate Judge Terrence P. Kemp |
| **Defendants.** : | |

[] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

[X] **Decision by Court.** This action was decided by the Court without a trial or hearing.

> IT IS ORDERED AND ADJUDGED That pursuant to the September 27, 2011 Order, the Court GRANTED the Plaintiff's Motion for Default Judgment. Judgment is entered against Defendant Midwest Real Estate Consultants, L.L.C. in the amount of $206,119.72.

Date:  **September 27, 2011**           **James Bonini, Clerk**

                                         s/Betty L. Clark
                                         Betty L. Clark/Deputy Clerk